UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,           :      12 Cr. 550 (DLC)
                                    :
      -v-                           :      ORDER
                                    :
KEVIN RAZZOLI,                      :
                                    :
                     Defendant.     :
------------------------------------------X

DENISE COTE, District Judge:

In a submission docketed on June 8, 2021, Kevin Razzoli has moved to unseal two documents, Dkt. Entries 16 and 17. Copies of these two documents are being mailed to Mr. Razzoli with this Order.

Document 16 is a September 6, 2012 letter from Mitchell Dinnerstein seeking assignment of a second attorney to assist in his representation of Mr. Razzoli. It was an ex parte application and sealed.

Document 17 is a Bureau of Prisons psychological assessment of Mr. Razzoli which was marked as a Court Exhibit on September 7, 2012. Because it contained a report about the defendant's psychological condition it was sealed.

Accordingly, it is hereby

ORDERED that the Razzoli application for access to the two documents is granted.

SO ORDERED:

Dated: New York, New York
July 16, 2021

_____
DENISE COTE
United States District Judge

COPIES MAILED TO

KEVIN RAZZOLI
114 Belmont Place
Staten Island, NY 10301