```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,               :      12cr550(DLC)
                                        :      14cv9555(DLC)
             -v-                        :
                                        :      ORDER
KEVIN RAZZOLI,                          :
                                        :
                    Defendant.          :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court has received two submissions from Kevin Razzoli. No action has been or will be taken on those submissions. The relevant procedural history can be briefly stated.

On January 10, 2013, Kevin Razzoli was sentenced principally to 30 months' imprisonment following his 2012 conviction for assaulting a Deputy United States Marshal, in violation of 18 U.S.C. §§ 11(a) and 1114. His conviction was affirmed on appeal.

A petition for a writ of habeas corpus was denied on January 21, 2016. On November 12, 2018, this Court transferred a successive petition to the Court of Appeals. On January 29, 2019, the Court of Appeals denied Razzoli's petition for failure to file an application for permission to file the successive petition.

On July 16, 2021, the Court granted Razzoli access to two sealed documents.

Razzoli wrote to the Southern District of New York in September and October of 2023. In his first letter, which is dated September 9 and was received on September 13, Razzoli appears to complain that the United States Attorney is interfering with his right to employment in the Hunts Point Terminal Market by asserting that he was in the U.S. Army when in fact he was in the U.S. Navy. In the second letter, which is dated September 6 and was received on October 11, Razzoli appears to refer to a criminal proceeding in Bronx state court concerning his employment at the Hunts Point Market. He requests an investigation of the denial of his right to a trial by jury in the Bronx Criminal Court.

Since the recently received letters do not seek to attack his 2013 conviction or to require further relief from this Court in connection with that conviction, no action will be taken on either letter.

SO ORDERED:

Dated:   New York, New York
         April 23, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge